**UNITED STATES BANKRUPTCY COURT**
For the Northern District of Illinois
Eastern Division

In re:  TERRY HARRIS &  )
TYCEE HARRIS,  )
)  19 B 16978
Debtors  )  Judge Deborah L. Thorne
)  Trustee Marilyn O. Marshall

**NOTICE OF MOTION**

To:   Marilyn O. Marshall, Chapter 13 Trustee (electronic notice)

Patrick S. Layng, United States Trustee  (electronic notice)

Brendan Financial, Inc., 30 East Avenue, Suite A, Riverside, IL 60546

Scott R. Barfuss, 24 East Avenue, Riverside, IL 60546 (electronic notice)

PLEASE TAKE NOTICE THAT ON THE 15th day of January, 2020, at 9:30 a.m. or as soon thereafter as counsel may be heard, I shall appear in the courtroom usually occupied by the Honorable Deborah L. Thorne or any judge sitting in her stead at 219 South Dearborn Street, Room 613, Chicago, Illinois, 60604 and shall then and there appear and present the attached motion at which time you may appear if you so desire:

**UNOPPOSED MOTION TO DELAY TRIAL**

/s/ *Matthew Baysinger*
MATTHEW C. BAYSINGER
Attorney for Debtor

Law Offices of Matthew Baysinger
747 E. Boughton Road, Suite 219
Bolingbrook, IL 60440
630.874.3431 Phone
630.874.1230 Fax
mbaysinger@baysingerlawoffices.com
A.R.D.C 6291384

**CERTIFICATION**

I, Matthew C. Baysinger, an attorney, certify that a copy of this Notice and attached documents were served upon the above-listed parties electronically via the CM/ECF system as designated, and upon the parties named on the above list by depositing same in the United States mail at 1900 W. 75th street, Woodridge, IL 60517, First Class delivery, proper postage prepaid, this 10th day of January, 2020.

/s/ *Matthew Baysinger*
MATTHEW C. BAYSINGER

**UNITED STATES BANKRUPTCY COURT**
**For the Northern District of Illinois**
**Eastern Division**

| | | |
|---|---|---|
| In re: TERRY HARRIS & | ) | |
| TYCEE HARRIS, | ) | |
| | ) | 19 B 16978 |
| Debtors | ) | Judge Deborah L. Thorne |
| | ) | Trustee Marilyn O. Marshall |

**MOTION TO DETERMINE VALUE OF CLAIM OF BRENDAN FINANCIAL, INC.**

NOW COMES Terry Harris & Tycee Harris, Debtors, by and through Matthew C. Baysinger, their attorney, and for their Unopposed Motion to Delay Trial state as follows:

1. That a motion to Determine Amount of Secured claim was filed and set for hearing on November 6, 2019 (Docket 40);

2. That an Order scheduling evidentiary hearing was set for January 16, 2020;

3. That due to scheduling difficulties and delayed discovery Counsels were unable to supply evidence and witness lists by January 4, 2020;

4. That both parties are in ongoing settlement discussions;

5. That both counsels request an additional amount of reasonable time, necessary for effective preparation, taking into account the exercise of due diligence.

WHEREFORE, Debtor respectfully prays that this Court will enter an order providing new dates for submission of evidence and witness lists, and a new date for trial.

Respectfully submitted,

/s/ Matthew C. Baysinger
MATTHEW C. BAYSINGER
Attorney for Debtors

Law Offices of Matthew Baysinger
747 E. Boughton Road, Suite 219
Bolingbrook, IL 60440
630.874.3431 Phone
630.874.1230 Fax
mbaysinger@baysingerlawoffices.com
A.R.D.C 6291384